UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SUSAN MARTIN, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-2681** |
| **UNITED PROPERTY & CASUALTY INSURANCE COMPANY** | **SECTION: D (4)** |

### ORDER

Considering the Notice of Filing Consent Order of Liquidation, Notice of Automatic and Permanent Stay as to United Property and Casualty Insurance Company, filed by United Property and Casualty Insurance Company (R. Doc. 13), and the attached Consent Order Appointing the Florida Department of Financial Services as Receiver of United Property & Casualty Insurance Company for Purposes of Liquidation, Injunction, and Notice of Automatic Stay, issued by the Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida on February 27, 2023 (R. Doc. 13-1);

**IT IS HEREBY ORDERED** that all proceedings in this matter are **STAYED** until any party files a motion to lift the stay and it is ruled upon by the Court.

**IT IS FURTHER ORDERED** that the Clerk's Office **ADMINISTRATIVELY CLOSE** this matter for statistical and reporting purposes.

New Orleans, Louisiana, March 20, 2023.

_____
**WENDY B. VITTER**
**United States District Judge**